IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 27 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01103-OES

QUENTIN THORNTON,
    Plaintiff,

v.

DENVER SHERIFF DEPARTMENT,
SGT. CLARK-MARTIN,
SGT. RICHARD GUERRERO,
OFF. ANTHONY GETTLER,
OFF. KIRK FOUTS,
OFF. MARK DAVIS,
SGT. LOREN COLLIER, and
FRED OLIVA, Under-Sheriff/Warden,
    Defendants.

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff Quentin Thornton is a prisoner in the custody of the Colorado Department of Corrections at the Limon Correctional Facility at Limon, Colorado. Mr. Thornton has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that Defendants violated his rights under the United States Constitution. The court must construe the complaint liberally because Mr. Thornton is representing himself. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Thornton will be ordered to file an amended complaint.

The court has reviewed the complaint and finds that it is deficient because Mr. Thornton fails to allege facts that demonstrate how each Defendant personally

participated in the asserted violation of his rights. Mr. Thornton asserts one claim that he was assaulted by Defendant Sgt. Loren Collier. In his description of the parties, he alleges that five of the other Defendants assisted in the assault. However, Mr. Thornton does not allege any facts that demonstrate how Defendants Denver Sheriff Department or Fred Oliva personally participated in the alleged assault.

Personal participation is an essential allegation in a civil rights action. **See Bennett v. Passic**, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Thornton must show that each Defendant caused the deprivation of a federal right. **See Kentucky v. Graham**, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. **See Butler v. City of Norman**, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior merely because of his or her supervisory position. **See Pembaur v. City of Cincinnati**, 475 U.S. 469, 479 (1986); **McKee v. Heggy**, 703 F.2d 479, 483 (10th Cir. 1983).

Mr. Thornton will be ordered to file an amended complaint in which he alleges specific facts to demonstrate how each Defendant personally participated in the asserted constitutional violations. Mr. Thornton is reminded that 42 U.S.C. § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." **Conn v. Gabbert**, 526 U.S. 286, 290 (1999). Therefore, Mr. Thornton should name as Defendants in the amended complaint the individuals he believes actually violated his rights. Accordingly, it is

ORDERED that Mr. Thornton file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Thornton, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that Mr. Thornton submit sufficient copies of the amended complaint to serve each named Defendant. It is

FURTHER ORDERED that, if Mr. Thornton fails within the time allowed to file an original and sufficient copies of an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 26th day of July, 2005.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01103-OES

Quentin Thornton
Prisoner No. 67343
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 7/27/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk