IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01103-OES

QUENTIN THORNTON,

      Plaintiff,

v.

DENVER SHERIFF DEPARTMENT,
SGT. CLARK-MARTIN,
SGT. RICHARD GUERRERO,
OFF. ANTHONY GETTLER,
OFF. KIRK FOUTS,
OFF. MARK DAVIS,
SGT. LOREN COLLIER, and
FRED OLIVA, Under-Sheriff/Warden,

      Defendants.

---

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    "Plaintiff's Motion for Return of Copies of Original Filing and for Extension of Time to File Amended Complaint" filed on August 16, 2005, is GRANTED. The clerk of the court is directed to mail to Plaintiff, together with a copy of this minute order, the copies of the original complaint previously submitted to the court. Plaintiff shall have **thirty (30) days from the date of this minute order** to file an amended complaint as directed.

Dated: August 25, 2005

---

**Copies of this Minute Order and copies of the original complaint filed on June 16, 2005** mailed on August 25, 2005, to the following:

Quentin Thornton
Reg. No. 67343
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

                                                Secretary/Deputy Clerk