IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -9 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01103-WYD-BNB

QUENTIN THORNTON,

    Plaintiff,

v.

SGT. LOREN COLLIER,
SGT. RICHARD GUERRERO,
SGT. CLARK MARTIN,
OFFICER ANTHONY GETTLER,
OFFICER KIRK FOUTS, and
OFFICER MARK DAVIS,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 9/2/05

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01103-WYD-BNB

Quentin Thornton
Prisoner No. 67343
Limon Correctional Facility
49030 State Hwy. 71 – Unit 5
Limon, CO 80826

US Marshal Service
Service Clerk
Service forms for: Sgt. Loren Collier, Sgt. Richard Guerrero,
Sgt. Clark Martin, Officer Anthony Gettler, Officer Kirk Fouts,
and Officer Mark Davis,

    I hereby certify that I have mailed a copy of the ORDER, AMDENDED COMPLAINT FILED 8/25/05, SUMMONS, AND CONSENT FORM  to the above-named individuals on 9/9/05.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk