IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01103-WYD-BNB

QUENTIN THORNTON,

    Plaintiff,

v.

SGT. LOREN COLLIER, et al.,

    Defendants.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

    THIS MATTER is before the Court in connection with Plaintiff Quentin Thornton's Motion Requesting Temporary Restraining Order ("Motion"), filed September 13, 2005. The motion was referred to Magistrate Judge Boyd N. Boland for a recommendation by Order of Reference dated September 15, 2005. Magistrate Judge Boland issued a Recommendation on September 21, 2005, that the Motion be denied. *Recommendation* at 1. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. *Id.* at 3. Despite this advisement, no objection to the Magistrate Judge's Recommendation was filed by Plaintiff.

    "In the absence of timely objection, the district court may review a magistrate. . .

[judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Boland comports with sound legal authority and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(a).  I agree that Plaintiff's Motion should be denied.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Boyd N. Boland, dated September 21, 2005, is **AFFIRMED** and **ADOPTED**.  In accordance therewith, it is

ORDERED that Plaintiff's Motion Requesting Temporary Restraining Order, filed September 13, 2005, is **DENIED**.

Dated:  October 12, 2005

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge