IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 05-cv-01103-WYD-BNB

QUENTIN THORNTON

Plaintiff,

v.

SGT. CLARK MARTIN,
SGT. RICHARD GUERRERO,
OFF. ANTHONY GETTLER,
OFF. KIRK FOUTS,
OFF. MARK DAVIS, and
SGT. LOREN COLLIER,

Defendants.

---

## ORDER

---

The parties appeared this morning for a Status/Scheduling Conference. The following schedule was established:

**Discovery Cut-Off:** _April 3, 2006_

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:** _May 1, 2006_

**Expert Disclosures:**

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before _January 20, 2006_

 **(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before _February 20, 2006_

**Final Pretrial Conference:** A final pretrial conference will be held in this case on _July 20, 2006_ at _8:30_ A.m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than _July 13, 2006_.

DATED November 22, 2005.

        BY THE COURT:

        _/s/ Boyd N. Boland_
        United States Magistrate Judge

2