IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y Daniel**

Civil Action No. 05-cv-01103-WYD-KLM

QUENTIN THORNTON,

    Plaintiff,

v.

SGT. LOREN COLLIER;
SGT. RICHARD GUERRERO;
SGT. CLARK MARTIN;
OFFICER ANTHONY GETTLER;
OFFICER KIRK FOUTS; and
OFFICER MARK DAVIS,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss With Prejudice (filed October 19, 2007). The Court, having reviewed the motion and being fully advised in the premises,

ORDERED that the Stipulated Motion to Dismiss with Prejudice is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE** as to all parties. It is

FURTHER ORDERED that each party shall pay his or her own costs and attorney's fees. It is

FURTHER ORDERED that the five-day jury trial set to commence November 26, 2007, and the final trial preparation conference set November 14, 2007 are **VACATED**.

Dated: October 22, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge